IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELLE ADEKOLA,**  :  <br>     Plaintiff,      :  <br>                              : <br> v.                         :     **CIVIL ACTION NO. 23-CV-4643** <br>                              : <br> **ALLSTATE VEHICLE AND**  : <br> **PROPERTY INSURANCE COMPANY**  : <br>     Defendant.       : | |

## ORDER

**AND NOW**, on this **16th** day of **February 2024**, upon consideration of Defendant's Motion for Reconsideration (ECF No. 23) of the Court's Order of February 13, 2024, denying Defendant's Motion for Judgment on the Pleadings (ECF No. 22), it is hereby **ORDERED** this motion (ECF No. 23) is **DENIED**, for the reasons stated in the Court's memorandum.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**